IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA

    v.                                             NO. 2:20-MJ-425
                                                                                         MAGISTRATE JUDGE JOLSON

JUARVEZ R. J. WHITFIELD-NEELEY

## NOTICE OF APPEARANCE AS COUNSEL

David J. Twombly, Assistant United States Attorney, hereby gives notice to the Court and to the defendant that he is entering an appearance as counsel for the United States in the above captioned case, and requests that copies of all papers filed in this action be served upon him at the following address:

303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
David.Twombly@usdoj.gov

                                                                          Respectfully submitted,

                                                                          KENNTH L. PARKER
                                                                          United States Attorney

                                                                          s/ David J. Twombly
                                                                          DAVID J. TWOMBLY (0092558)
                                                                          Assistant United States Attorney
                                                                          303 Marconi Boulevard, Suite 200
                                                                          Columbus, Ohio 43215
                                                                          Office: (614) 469-5715
                                                                          Fax: (614) 469-5653
                                                                          E-mail: David.Twombly@usdoj.gov